# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:19cr78

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **ORDER** |
| ) | |
| **BISHAP MITTAL** ) | |

This matter is before the Court on its own Motion to administratively close the case as to **BISHAP MITTAL**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

**It is therefore, ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: June 17, 2022

*Max O. Cogburn Jr*
United States District Judge